VICTORIA L. FRANCIS
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247- 4633
FAX: (406) 657- 6058
E:Mail Address: Victoria.francis@usdoj.gov

ATTORNEY FOR DEFENDANT
United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| MAUREEN O'REILLY BLUM,<br><br>Plaintiff,<br><br>vs.<br><br>BARRETT HOSPITAL DEVELOPMENT CORPORATION, d/b/a BARRETT HOSPITAL AND HEALTHCARE; RICHARD OPPER; RANDALL NETT, and DOES 1-10,<br><br>Defendants. | CV 16-38-BU- ᏴᎷᎷ -JCL<br><br><br>**NOTICE OF REMOVAL** |

The petitioner, the United States of America, on behalf of its employee Dr.

Randall Nett, shows the court as follows:

I.

Randall Nett, M.D. is a Commander with the U.S. Public Health Service Commissioned Corps, employed with the Centers for Disease Control and Prevention (CDC), National Institute for Occupational Safety and Health, and was assigned by the CDC to the Montana Department of Public Health and Human Services as a Career Epidemiology Field Officer. Dr. Nett is a federal employee acting pursuant to federal law, and is entitled to immunity under 42 U.S.C.§ 233(a). Dr. Nett is named as a defendant in a civil action pending in the District Court of the Fifth Judicial District of the State of Montana, in and for the County of Beaverhead, being in that Court Cause No. DV 16-13884.

II.

Attached is a copy of the Summons and Complaint that was sent to the Montana Department of Health and Human Services. This Summons and Complaint has not been served on Dr. Nett. Nor has it been served on the U.S. Attorney's Office for the District of Montana, or the Attorney General as required under Rule 4(i)(2) and (3), Fed.R.Civ.P.

III.

This civil action is removable to this court pursuant to 28 U.S.C. § 1441 and 1442(1) for the reason that this action is a civil action in which an employee of the

United States is named as a defendant.    In addition, this action is subject to removal under 28 U.S.C.§ 2679(d)(2).

IV.

The time period for removal has not expired under 28 U.S.C. § 1446(b) until service of process of the summons and complaint, which has not yet occurred. *See Murphy Brothers, Inc., v. Michettie Pipe Stringing, Inc.*, 526 U.S. 344, 348 (1999).

**WHEREFORE**, the Petitioner prays that this action be removed to this court from the District Court of the Fifth Judicial District of the State of Montana, in and for the County of Beaverhead.

**DATED** this 25th day of July, 2016.

**MICHAEL W. COTTER**
**United States Attorney**


**/s/ VICTORIA L. FRANCIS**
**Assistant U.S. Attorney**
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2016, a copy of the foregoing document was served on the following person by the following means.

| | |
|---|---|
| 1 | CM/ECF |
| | Hand Delivery |
| 2, 3, 4 | U.S. Mail |
| | Overnight Delivery Service |
| | Fax |
| | E-Mail |

1.  Clerk of Court

2.  Maureen O'Reilly Blum
5665 Deyo Lane
Jackson, Wyoming 83001
307-413-0469
E-Mail:   momoblum@gmail.com
*Pro Se*

3.  Anita Harpe Poe
Justin K. Cole
GARLINGTON, LOHN &
ROBINSON, PLLP
350 Ryman Street
P.O. Box 7909
Missoula, MT 59807-7909
(406) 523-2500 – phone
(406) 523-2595 – fax
ahpoe@garlington.com
jkcole@garlington.com
*Attorneys for Defendant Barrett*
*Hospital Development Corporation*

4.  Nicholas Domitrovich
Special Assistant Attorney General
Office of Legal Affairs
Department of Public Health & Human Services
P.O. Box 4210
Helena, Montana 59604-4210
(406) 444-0207 - phone
(406) 444-9744 – fax
ndomitrovich@mt.gov
*Attorney for DPHHS Director Richard*
*Opper*

/s/ VICTORIA L. FRANCIS
Assistant U.S. Attorney
Attorney for Defendant