# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MAUREEN O'REILLY BLUM, <br><br> Plaintiff, <br><br> vs. <br><br> BARRETT HOSPITAL DEVELOPMENT CORPORATION, d/b/a BARRETT HOSPITAL AND HEALTHCARE; RICHARD OPPER; RANDALL NETT; and DOES 1-10, <br><br> Defendants. | **CV-16-38-BU-BMM-JCL** <br><br> **ORDER DISMISSING CASE** |

The Court has reviewed the history of this case and has determined that all Defendants, other than unnamed Does 1-10, have been dismissed. The Court dismissed Plaintiff Blum's claims against Randall Nett, Barrett Hospital, and the Hospital District. (Docs. 23, 24.)

The District Court of the Fifth Judicial District of the State of Montana dismissed Richard Opper before the case was removed to this Court on July 25, 2016. The court granted Opper's motion to dismiss on the grounds that Blum's 1983 claims against Opper asserted only violations of state law. (July 8, 2016 Order (file stamped July 12, 2016), Doc. 3 at 35-39.) The Amended Complaint (Doc. 4), dated April 19, 2016, but not filed with the court until July 11, 2016,

1

prior to Opper's dismissal (Doc. 3 at 2), failed to cure the deficiencies that resulted in Opper's dismissal. No named defendant remains in this case.

Accordingly, **IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**, in its entirety. The Clerk of Court shall enter Judgment in favor of all Defendants.

DATED this 4th day of May, 2017.

_____
Brian Morris
United States District Court Judge

2