UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| MAUREEN O'REILLY BLUM, | Case No. CV-16-038-BU-BMM-JCL |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| BARRETT HOSPITAL DEVELOPMENT CORPORATION, d/b/a BARRETT HOSPITAL and HEALTHCARE; RICHARD OPPER; RANDALL NETT; and DOES 1-10, | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED. Judgment is entered in favor of all Defendants and against the Plaintiff.

Dated this 4th day of May, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk